NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1400

Poule D'Eau Properties, LLC

- - Versus - -

TLC Properties, Inc. and the Lamar Company, LLC

32nd Judicial District Court
Case #: 179945
Terrebonne Parish

On Application for Rehearing filed 06/30/2020 by TLC Properties, Inc. and Lamar Company

Rehearing _____denied_____

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Mitchell R. Theriot

by PMc / Wayne Ray Chutz
_____
Wayne Ray Chutz

by PMc / Walter I. Lanier, III
_____
Walter I. Lanier, III

Date __AUG 0 3 2020__

_____
Rodd Naquin, Clerk